Our final case today is Chamberlain Group Mr. Anderson Good afternoon. I am Kimberly Anderson representing Lear. I'd like to start today, if I may, with what we perceive to be the fundamental error below. And the fundamental error below is that the district court essentially concluded that any time that you store information in a computer that manipulates and stores that computer using high and low voltages, that you have a binary code, is that term has been used in the 544 pattern. We think that's incorrect. And as you probably know, all computers, virtually all computers today, use alternating currents to store and manipulate evidence. But we think it's totally incorrect to say that the mere use of these high and low voltages constitutes a binary code, as that term was used in the 544 pattern. And similarly, we think... You did use the term binary code, not binary numbers, right? It did. You're absolutely right. And that seems to be a broader term than binary numbers, doesn't it? It is a broader term in general. In practice, there's really no way to operate this invention without numbers, because what's happening is that you've got a device in your car, and it is transmitting a radio stream, a radio frequency stream, to a device in your garage. And that device in the garage is looking for, after it demodulates, it unencrypts, deencrypts the code, it's looking for a number between a range. If it doesn't see that number between the expected range, your garage door is not opening. But the short answer to your question is yes. In general, a binary code can be broader than a binary number. It can be A and B. It can be up or down. It can be yes or no. But in this application, these devices are looking for numbers. Can you help me understand how the invention works and why it requires a binary code? It seems as though it's part of the encryption mechanism, and yet I didn't understand from the description in the briefs why the patent invention starts out with a binary code and then ends up with a trinary code. Is that too complicated a question? It's not too complicated a question, except I'm stumbling on the necessary part. We know for sure that starting with a binary code generator that generates a binary code based on an activating device is an essential element, an essential step of the claim. The next step in the apparatus is you've got a trinary code generator that generates a trinary code that's based on or derived from the binary code. So you see the patentee is making a sharp distinction between binary codes on one hand and trinary codes on the other hand. Why the inventors decided to do that candidly, I don't know. I can tell you in the Lear device, the Lear people designed around that doing it better, we think, because we don't start with a binary code. We have a trinary code at the beginning, at the middle, and at the end. We have no generation, we have no conversion from binary to trinary. Was the invention an improvement over previous devices that started with binary code, converted to trinary, and somehow the invention is an improvement over that? Well, you know, I think various people could argue whether it's an improvement. It's certainly different. It's materially different from the invention in its claim. It's materially different for the reasons I've tried to articulate. We don't have a binary code. I'm talking about the patent itself. Judge Dice's question was to you, and you don't represent the patentee, is why on earth does the patent start with a binary code and then convert it to a trinary code and then have the trinary code be the operative code that deals with opening and closing the region? He could have said, why didn't the patentee start with trinary code? I don't know the answer to that. It's a short answer to Your Honor's question. I think using trinary codes gives you greater possibilities for encryption, greater prevention against unauthorized hacking or stealing of the code, but why the patentee has decided to do it that way, starting with a binary number or binary code, I don't know. Well, you could have a garage door opener that operated solely on binary code, information put into the binary code. I think you could. I mean, sure. You wouldn't have the sophistication of encryption that's available using trinary codes. I think that that's absolutely correct. Now, what was it? As I recall, Judge Moran gave you somewhat of a pat on the back in the reconsideration decision. They said, oh, now you're now explaining this to me in a better way than you did before. And I think now I'm sort of getting it, but I'm not going to change my mind. What was your explanation to Judge Moran that he felt was the better statement of your reasoning? Here's what he got hung up on. He got hung up on a form over substance argument, and it's an argument that the plaintiffs below expressly urged on him. And if I just take one second to read what they urged, and then I think you'll see what Judge Moran got hung up on. They argued as follows. In other words, the form, the binary code refers to the form rather than the substance. The form is it's either zeros or ones or pluses and minuses. It's two symbols, one of two symbols in each box. Can you give us a page, a record site of what you were just reading? Sure. Yeah, it's at pages 204 through 205 of the appendix. 204 through 205. I'm sorry about that. It's in the transcript. It's in the Markman hearing. It's 204 through 205. And they said the substance would be what's the meaning of the code. And what we're saying, we're being the plaintiffs, is that binary code is referring to the form in which the information is stored, not the substance. And Judge Moran got confused over that, and he openly expressed his difficulty with it. But Judge Moran couldn't get past what he saw was a string of ones and zeros, which is how hardware engineers show the alternating high and low electrical currents. He didn't get past or didn't appreciate that this patent is not concerned with the form in which the information is stored. It's concerned about the value or the substance of the information. And here, just to make it very, very clear, a trinary code, I think it's fair to say, is a code where each segment has three values. Not just two, but three values. And here, those segments in our trinary code might be reflected in dual bits, maybe 00, 10, or 01. Those are dual bits. Each segment, though, has three values. And that is critical, because it's that value that tells the algorithm what to do. It's that value or meaning that tells the garage door opener it can open the door. Looking at it through blinders as single digits of ones and zeros, that has no meaning to the algorithm. It doesn't know what to do with that. You have to know the value. You have to know whether you're looking at two-bit segments with three values or single-bit segments with dual values. And Judge Moran, they basically told them, don't look at the substance, just look at the form. If you see a string of ones and zeros, then you've got a binary code. Well, that collapses when you look at the extrinsic evidence in the patent. If you look at figures 7A, 7B, 7C, you see the patentees setting forth an algorithm where they are generating a trinary code. They call it a trinary code. They're generating it in the microprocessor. And they're creating a variable trinary code, and they're interleaving it or scrambling it up with a stored fixed trinary code. And Judge Moran never grasped the concept that if those codes, which these patentees called trinary codes, are being generated and stored inside the computer processor, then they can't be binary codes. But under his definition, they would be binary codes because they are fundamentally manipulated in the computer with high and low electrical currents. Hardware engineers represent it with ones and zeros. So the clear distinction that you see in the patent claims and in the specification is eviscerated if you use the form instead of the substance. And that is a long-winded answer, but I think that's where Judge Moran got hung up. The plaintiff said, just look at the form. Basically, Judge Moran is saying, as you said earlier, a string of O and ones equals binary code. And you're saying a string of O and ones is an expression in binary language of something that might be a binary code or a trinary code or something else. Yes. He's merely looking at whether you've got alternating currents or ones and zeros. It doesn't answer the question of whether you've got a trivalued code or a dual-valued code. It doesn't answer the question that the algorithm is looking for, which is what is the value of the information the algorithm needs to open the garage door. And we say that this is a patent that is focused on the substance of meaning and not the form. This case got preliminary injunctions issued 10 months ago, something like that. Is the case dormant? No, it wasn't dormant after the preliminary injunction was entered. We came back in, and what happened was General Motors then intervened because the preliminary injunction basically shut Lear down. And then General Motors came in and said, no, no, no. You're going to cause it to shut down our manufacturing lines. These are real-time parts. It's going to be chaos. And so then we had a couple months of sparring over whether General Motors should be carved out of the preliminary injunction. Ultimately, Judge Moran did. So that, I think, explains for a little bit of the passage of time between the entry of the preliminary injunction. And I'm a little bit in my rebuttal, but before I sit down, I want to say one more thing. You'll see in the Eppley's brief, they attempt to avoid this inconsistency whereby trinary codes cannot be binary codes, even though they admit that. And they've got this argument that, well, the trinary codes, they say, that are shown in Figure 6, which is a signal, and the Eppley's expressly tell us that Figure 6 is a trinary code. They say, oh, no, no, that's a trinary signal that's created external to the processor, and therefore it's not generated internally, and therefore you don't have this inconsistency. That's wrong. It's just a technical error. Because if you look at, again, if you go to 7A and 7B and 7C, and I wish I had time to walk you through it, but you will see, beginning at box 508 to 708, the trinary, that rolling trinary code is being created in the processor. It just doesn't magically appear outside the processor. And that is a fundamental technical mistake that you will see in the Eppley's brief. And once that mistake is corrected, then they've got this fundamental problem that trinary codes collapse and become binary codes under their form over substance argument. So that's about all I'll say now. It looks like I've got a few minutes left for rebuttal, and I'll conclude my presentation. Thank you, Mr. Anderson. Mr. Dunner. Good afternoon, and may it please the Court. Your Honors, there is no mistake. And if I answer Judge Dyke's question, which is how does this invention work, you'll see there's no mistake. The reason that we use a binary code, which is defined in the IEEE dictionary and defined in the manual text that's in the appendix, is that we're using computers. And computers deal with zeros and ones. Yes and no, A and B, whatever you want. Two digits. And in order, the goal is to have a trinary code with three values, 0, 1, and 2. Not 0 and 1, 0, 1, and 2. Because they want to encrypt this and make it very difficult for some unauthorized person over the road. So what happens is you first form this rolling, in the computer, a rolling binary code. It can be a binary number. It can be a trinary number. It can be a decimal number. You can have a hundred numbers. You can have an alphabet with 26 numbers. It makes no difference because the computer handles zeros and ones. But what you're suggesting is that what the patent is talking about is the fact that it's describing how a computer uses zeros and ones to create a trinary code. Is that your theory? The examiner said that the invention is forming a trinary code and modulating an RF oscillating signal. Help me understand. What you're saying is that the reference to binary code in the patent claim is there simply because that's the way computers operate. What the patentee is doing is instructing us that computers operate using zeros and ones, and that's why there's a reference to binary code in the claim. That's the starting point. That's exactly right. To ultimately form the trinary code, you've got to use zeros and ones or its equivalent, a binary code. But isn't that kind of an unlikely thing for an inventor to do? I mean, everybody knows how computers operate. Why would you write a claim that instructed people to use computers that use zeros and ones? That just doesn't sound very likely, does it? Your Honor, the claim does more than that. The claim says you form the binary code that's your starting point. You want the computer to do the ultimate formation of the trinary code. It does not happen in the computer, contrary to what Mr. Andrews says. The computer triggers the mechanism. If you look at Figure 2 of the drawings, you will see that on Figure 2, which is on page A66, you have a microcontroller, which is the computer, 78. And what happens is, you first form a binary code. And it can be a binary code binary number, it can be a binary code trinary number, or any number, as long as it's a binary code. And you convert, because the computer handles a binary code, you have to use a binary code in the computer. Ultimately, you want to form a trinary code, and you want the computer to be able to do it. The computer can only deal with 0s and 1s. The invention is not using 0s and 1s. It's using it to form a trinary code, which in turn modulates an RF oscillator signal, which is exactly what the examiner said in his reasons for allowance. He said that was the invention. But in order to use the computer to get there, you need to operate with 0s and 1s. And it makes no difference whether you have 0, 0, 0, 1, 1, 0, which is what they use, which is a binary coded trinary number, or whether you use a binary number or a decimal number. Did you have any expert testimony at the Markman hearing which supported the interpretation that the district court gave to this claim? There were declarations. I don't, I don't, was there... Did the explanation that he gave correspond to the one that the district court adopted? Well, I wasn't even sure there was testimony. Everything I've read is consistent with what the district court adopted. But we don't know whether you read his testimony or not. Pardon? We don't know whether you read his testimony, his declaration. I know that... I mean, if you don't know, you don't know, but that's fine. Pardon, Your Honor? I say if you don't know, that's fine. I don't know any more than I just said. But the record is totally consistent, everything I've read, with what the district court found. You need to start with 0s and 1s in order for the computer to do its job. And you form a rolling code, and you ultimately interleave it with a fixed code, and then you generate timing pulses, which are shown in Figure 6. In Column 7 of the patent, it expressly states that Figure 6 is best seen in Figure 6. And what happens is you have three different timing pulses. One represents a 0, one represents a 1, one represents a 2. And the output of the computer, the microcontroller 78, is our timing pulses, which go on to bus 81 in Figure 2, and ultimately modulate the RF oscillator signal, forming the trinary code. That is the point at which the trinary code is formed. Does the specification use anything other than binary numbers as that binary code? The specification of preferred embodiment is the use of binary numbers. It does not use trinary numbers as the preferred embodiment. The point we make is that neither the claims, nor the specification, nor the prosecution history restricts the specification to binary numbers. The specification talks about a binary code. The claim never uses the term binary numbers. In the description of the general invention in Column 3, they don't talk about binary numbers. That's the summary of the invention. But in the actual example, they are using binary numbers, because that is a simple way to get to the promised land. And they go through the sequence. The liar goes through the same sequence, except they use a binary coded trinary number. When they say, we're talking about form versus substance, this invention is about form. So if the trinary code were generated using binary numbers, it would be a binary code also, right? I'm sorry, Your Honor. Could you please repeat that? If the trinary code were generated using binary numbers, the trinary code would also be a binary code. Your Honor, the trinary code is not generated directly using binary numbers. Except my hypothetical. Assume that the trinary code is generated using binary numbers. Under your theory, that's also a binary code, right? Your Honor, I don't want to argue with you, but I'm not sure what you mean by it's generated using binary numbers. The binary numbers cannot represent a trinary code. They can be used to trigger the mechanism to create these timing pulses, which Lear uses as well, outside the computer. The computer can only handle binary numbers. We understand that. But I mean, the argument that your adversary is making is that the claimed invention starts with a binary number that puts it through a generator, generates a variable binary code based on a binary number, and then you throw it into a mixmaster or a processor and you convert it into a trinary code. Your Honor, not in the computer. You cannot have a trinary code in the computer. The trinary code is expressed in binary language. Your Honor, it's not called a trinary code then. It's a binary coded trinary number. It's not, I must admit, it's not an easy concept to understand, but the manotext points out that you can have a, the binary code has a variety of forms. It can be a binary numbering system, a trinary numbering system. As long as there are zeros and ones, you do not have a trinary code, which goes back to Judge Dyke's question. Judge Dyke asked me a question which I think has no answer. It's an impossible hypothetical. What is a trinary code? A trinary code is a code using three numbers to designate information, such as a zero, one, and a two, or an A, a B, and a C. That is what would be stored to create it. So it would be impossible to run a trinary code through a computer. That's exactly right, Your Honor. It would be impossible to run a trinary code. Does Lear go through the same process then? They start with binary coded trinary numbers. Do they introduce timing bits like the patent shows in Figure 6? Yes, they do. They introduce timing bits. There are timing bits on Grade 24. They acknowledge that they transmit the radio signal with three pulse lengths. Those are timing bits. It is clear they store in the computer zeros and ones, just as we do. It is clear that they do interleaving. They challenge the question of whether they interleave a fixed and a variable code, but they're not raising the fixed point on appeal because Judge Moran held against them on that point. And they basically do all the things we do, except they use a binary coded trinary number, and they are insisting that that is trinary code. It is not trinary code. The dictionary says it is not. The manual text says it is not. And it is not, because binary code, by definition, uses only two digits, a zero and a one, or an A and a B, whatever it is, for the entire code. So if they're using zeros and ones to generate the, quote, trinary code, you're saying it's really not a trinary code. It is at the very end. What point does it become a trinary code? The point it becomes trinary code is at the very end of the process, the 7A, 7B, and 7C. You end up in that process with a binary coded trinary number. You use those binary coded trinary numbers to generate a signal. The signal operates, if you look at Figure 4, it operates in the signal at a pin POO. That generates three timed pulses, which are used over bus 81 to modulate an RF oscillating signal. That is the formation of the trinary code at that point. Prior to that point, it's all binary code, and it makes no difference what the numbering system is. It makes no difference. They say Figure 7 proves their point. He didn't have time, I guess, to refer to Box 508, where it says set initial trinary rolling code to zero, which is on page 24 of the blue brief. What that is, that's the initial step in forming the trinary code. The trinary code is not formed at that point, and the proof of the pudding is, if you look two boxes down, 514, it says increment next most significant digit of binary rolling code. You still have a binary code at that point. You don't get a trinary code until the endpoint of this process at the point at which you are generating these three timing pulses. Figure 6 shows those three timing pulses, and Column 7 describes Figure 6 as showing where the trinary code is best seen. You don't refer to trinary code elsewhere in the system. They talk about trinary bits in a rolling code, or trinary bits in a fixed code. That doesn't mean that that's 0, 0, 0, 1, and 1, 0. I don't know if they talk about a trinary code generator for generating a trinary code. Yes. Where is the generator? Your Honor, the generator is basically the combination I just described. I can't point to a physical object other than saying, if you look at Figure 4, you will see that there are... Figure 4 is on page A68. You will see that there is, in the middle box, there is a POO. That's a pinned POO, and what happens is the 0, 0, 0, 1, and 1, 0, which is a binary coded trinary number, those pulses are generated there, and if you go back to Figure 2, what they do is they create three timing pulses, which are shown in Figure 6. Those three timing pulses go out over bus 81, and they go to the RF oscillator in box 82, in Figure 2, and they emanate from an antenna at 83. Well, if you've got a processor that generates a trinary code and responsible to a variable binary code, if the whole thing is in trinary language, if you will, I don't understand why they're going from a binary code to a trinary code. In order to create the trinary code, those three pulses, you need a binary coded trinary number in order to create those pulses. So they have to figure out, how do I create my binary code? I want to use the computer, and the computer only deals in binary code. So I have to create the binary coded trinary pulses, which in turn creates a binary coded trinary number, which in turn creates the three timing pulses. So they have to go through the 7a through c sequence. They have to start with a binary code, and what they do is they increment, they add, they subtract, they go through a lot of steps, which are spelled out in 7a through 7c, which is a complex set of steps. But since the computer only deals with the binary code, we started with, in the preferred example, with a binary coded binary number, they start with a binary coded trinary number. But somehow they have to ultimately get, they have to interweave and do other things, they have to ultimately get to form the trinary pulses. So what they do is, they use a binary coded number, and we use a binary coded number. The trouble, Mr. Dunner, is that you're talking like an expert witness. And, you know, I don't understand how possibly you can work claim construction by having lawyers read these patents and describe what the inventors really meant. That doesn't seem to me to be a very good way of doing it. And, you know, it may be that expert witnesses in the area of encryption would agree with you. But you haven't said anything to me about what the record shows about any expert witness who's someone who's skilled in this art explaining what this claim means based on his or her understanding of the background principles. May I respond to that, Your Honor? Yes. I haven't cited the testimony, because I told you I could not cite the testimony other than my co-counsel has indicated it is in the appendix. We have the IEEE dictionary, which defines what a binary code is. We have the Manotex, which goes into great detail as to what a binary code is, and it points out it can have binary numbers, trinary numbers, decimal numbers. We have the specification, which describes in great detail in column 3 how the invention works. We have the specification in columns 7 and 8, describing in great detail how the invention works. Actually, I think it is... Does column 3 say you start with a trinary number in a binary code? Your Honor, column 3... It seems to me that's for at least... Maybe I am dumb, but it seems to me the whole bone of contention here  with a trinary number. It starts with a binary. The accused device... The accused device starts with a trinary number expressed in a binary code, right? Yes. And they are saying, well, the patent starts with a binary number in a binary code. And they are saying that... They are saying we don't do that step. Yes, but there's... Where in column 3 does it say your invention starts with a binary code that's expressing a trinary number? Your Honor, if you look in column 3... Which line? Well, it starts at line... Which line says that? That's what I want to know. It starts at line 13. And... The fixed code remains the same? Is that what you're saying? Well, you see in column 17 it talks about a... Column 17 now? Column 3, lines 13. Line 13. That's where it starts. And basically it talks about... Everybody... I mean, they agree. They're not challenged with the fact that we start with a... We start with a... In the preferred example with a binary coded binary number. They don't dispute that. No, of course. That's their whole point. Okay. And... And that's the whole point of the whole case.  the patent is restricted to a binary coded number... To a binary number. It doesn't say that the patent is restricted to that. It talks about... It starts out using a 32-bit frame. And you go from a... 32-bit. From a rolling code. In fact, if you look at the drawings you'll see that the drawings in the preferred example figure 7A to 7C you start at 500. That's probably the better example which is describing what's in column 7. And it says you start in box 504 reverse order of binary digits in rolling code. So at that point you're using binary digits. And then it says... Well, by binary digits we need binary numbers? Isn't that what a binary digit is? In that example. In that preferred example that's what it is using. In that preferred example. That's exactly right. So how many preferred examples are there? The preferred example is in column 7. And column 7 is talking about binary digits column 7, line 9. Binary digits in the rolling code. Step 504. And it talks about a binary rolling code. And what happens is... Okay, so I've got binary digits in the rolling code in column 7. And I've also got it in drawing 7A. Yes, that's the preferred embodiment. And what is happening here is you then start... If you go back to column 3... So we know that the patentee was distinguishing between binary code and binary digits. Binary numbers. Whether it's preferred embodiment or not we know that the patentee was distinguishing between binary code, 0's and 1's. And a binary number. Distinguishing in the sense that binary code is a much broader term as admitted by Mr. Anderson. It's a much broader term. Binary digits are the 0's and 1's here. And what happens is as you go on you are forming... And it's shown in figure 7 and it's also described in column 3 where you basically are describing... What's the reference on column 8, line 47 where they're talking about translating from a 3-level trial limit to a binary number? Your Honor, that is the receiver. When you started column 7 toward the bottom, line 57 you were starting to talk about the receiver. The claims we're talking about are the transmitter claims. And this is basically the reverse sequence in the receiver. It has to de-encode and what have you. So in the preferred example they go back to a binary number and in the transmitter part it's the reverse side of that. And what is happening here is if you see... So the short of it is if we were to construe the claim to say that the way the patent operates is to take a binary number expressed in binary code language initially and then somehow converting it into a trinary code representing trinary number values then we'd revert, right? Because the accused device does not use a binary number. If I understood your question I apologize for asking. Did you say if you were to hold that the claims are restricted to the use of a binary number? No, at least in the first step. Binary digits mean binary number. Your Honor, binary digits could mean a binary coded trinary number. The question is if this court holds that the claims are restricted to a binary coded binary number then I agree, you would reverse. Our position is that a binary code is a much broader term as defined by nano, as defined by the dictionary and I am advised that there is expert testimony conforming to that in the appendix. So if you were to hold on the other hand that binary number is a broader term that includes... binary code is a broader term that includes binary numbers, binary coded trinary numbers then you would not reverse. You would affirm. Thank you, Mr. Dunner. Thank you, Your Honor. Could you add five minutes to Mr. Anderson's time if he needs to use it and that will balance things out. Thank you. I'd like to make just two points and that is with all due... The first one is Mr. Dunner with all due respect continues to misunderstand the application of the PET. He continues to argue that the trinary code somehow is never generated or created internal to the processor instead magically appears outside the processor where we see these timing segments. We see the half a millisecond and one millisecond and he's just wrong about that and if you look at page 24 of our brief where we have reprinted figures 7A and 7B this... this shows page 24 of our opening brief this shows 7A and 7B and this was explained by the way by our expert Roy Griffin whose declaration affidavit is in the record but you can see here that when we talk about generators we're talking about a mathematical algorithm. These are processes going on in the computer. It's not some physical box. It's one processor and the first thing that's happening in boxes 500 through 508 according to the expert testimony and according to the patentee's own languages they're generating that variable binary code and then you start with 508 and you go through 522 that's where the algorithm is changing that variable binary code to the trinary code and then in 7C which I don't have a reprint here then you start then you take another stored trinary code and you interleave it or jumble it up with the trinary code that's been generated all of this is unmistakable evidence When you used the word when you were just using the word code trinary and binary code you meant information being stored. I meant information that is trinary in meaning and substance where each relevant segment of the code has tri-value and I think that your question is leading me to my next point which is when Mr. Donner and the athletes toss around this term binary coded trinary number that is a trinary code it is a trinary code because for there to be a trinary number you have each segment has to have three possible values and if each segment has three possible values then it can't be a binary code because a binary code only has two possible values Well it's a binary it's a trinary code expressed in binary language Binary language is A, B, 1, O Yes, and there lies the fundamental problem with Judge Moran's decision in that every trinary code quaternary code ultimately and fundamentally you could say is binary coded because it has to be stored and manipulated in alternating currents high and low but that isn't what these inventors were talking about they are not claiming an invention on the use of high and low currents in a computer they were claiming an invention on an encryption algorithm where you start with a binary code and then you generate or transform that to a trinary code they're looking at the value or substance of the information that's being processed not the form so this this term that they floated around binary coded trinary that is a trinary code you can't have a trinary number without a trinary code a trinary number is the ultimate trinary code because each segment has to have three values and we start with a trinary code to be sure it's sitting there with what may look like a string of ones and zeros but it's in segments each segment has three possible values we start with that trinary code we scramble it up and it's that trinary code that then we can use to create that ultimate signal so this notion that some trinary code in the patent is magically created in the air or these timing segments come out from nowhere is mistaken it's coming because the computer in the patent the computer algorithm envisioned by the patent is creating a trinary code and that's that trinary code that is created you made the argument to judge Moran that a string of O's and ones could be a whole number of things you said for example 1001 could be a binary number representing the decimal 9 or a trinary number that represents 29 or a decimal number so is that all true how is the computer supposed to know what this string of your O's and ones is it knows one thing it knows that it's binary language it knows to it's instructed to look at the relevant segments it's instructed to look at for a trinary code not just individual bits but dual bits tri-valued dual bits the computer knows to look at segments it's kind of like the analogy we made in the brief about a Shakespeare poem you know it's written in Roman letters or Latin letters a Latin alphabet you have to know the substance you have to look at the right segments to know that it's meaning is in English not in Latin it may not be a perfect analogy but the computer knows whether the relevant segment is a single digit a single bit dual bit triple bit and it then knows whether those segments have dual values or triple values our segments have triple values and that what would you advise us to do with the standard of review here well I think this was fundamentally a claim construction issue and so would you ask us to recognize that the district court spent a lot more time with it than us and has better tools to construe it than us I don't think so you don't think that they can call witnesses and dismiss witnesses and they can ask for demonstratives and they can reconsider and they can in every way spend more time and focus more clearly on the substance of the science it's hard to quarrel with that proposition and it's hard to quarrel with the proposition that determining scientific fact is a fact finding examination isn't it but we're not dealing here with the dispute over facts we're dealing I think we aren't I think we're dealing with claim construction whether you're going to define these claim terms binary and trinary code based on some dictionaries or based on how the patentee used it in the specification and in the patent claims and that is a task that this court is well suited to do if not uniquely suited to do and so I so you would not advise any deference at all even though it's an abuse of discretion standard overall let's say if there was a contested issue of fact then to be sure what about the claim construction on the on the claim construction I would not I think this court is well you wouldn't perceive any fact in that equation at all I don't I think it's a matter of reading the intrinsic evidence fairly okay thank you Mr. Anderson I think time has expired all rise